July 19th, 2022

RECEIVED
AUG 4 - 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Clerk of the Court
United States District Court
District of Texas - Western District of California
Austin Courthouse

U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re: *Wescott versus Russ, et al.*

Dear Clerk:

I'd like to get your help in filing/docketing a new legal complaint, *Wescott versus Russ, et al.*

I have enclosed:

- Civil cover sheet
- Three legal complaints
- Application to proceed *in forma pauperis*

I've also enclosed a SASE (Self-Addressed Stamped Envelope) for Priority Mail back to me.

I'm hoping you can file/docket and then send me back whatever paperwork you'd like me to have, hopefully including at least one stamped legal complaint

If I left anything out or made any mistakes would you kindly call me (or email), so I can send in whatever's missing?

Thanks so much.

Sincerely

*[signature: CA. Wescott]*

Carl A. Wescott  (carlwsoj@gmail.com)   +1 936 937 2688
8210 E. via de la Escuela
Scottsdale, AZ 85258

1

FROM:
Carl A. Wescott
8910 E. Via de la Escuela
Scottsdale AZ 85258

TO:
Clerk of the Court
United States District Court
District of Texas
Austin Courthouse
501 West Fifth Street
Ste 1100
Austin, TX 78701

US POSTAGE PAID
$0.00
Origin: 85258
08/01/22
0376620632-68

PRIORITY MAIL®
1 Lb 3.10 Oz
1004
C006

EXPECTED DELIVERY DAY: 08/04/22

SHIP TO:
501 W 5TH ST
STE 1100
AUSTIN TX 78701-3812

USPS TRACKING® #
9505 5131 7471 2213 6083 25

PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2