AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

AUG 04 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

1:22CV00785LY

| | |
|---|---|
| Carl A. Wescott | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| William Russ, et al. | ) |
| *Defendant* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I am not employed. My last full-time job was with the SparkLabs Group, in which my salary was $150,000 per year. I was fired in retaliation for threatening to whistleblow and then whistleblowing securities fraud. My last day was 7/4/2019

My gross pay or wages are: $ ____0.00____, and my take-home pay or wages are: $ ___N/A___ per (specify pay period) _____. N/A

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I received $349/month over a year (or $1488 annually) from SNAP/EBT/Food Stamps (Exhibit A).

Over the past 12 months I've borrowed monies from family and friends, including about $2000 from my mother, $500 from my friend Ken Downey, $250 from my friend Brad Littlefield, $250 from my friend Nils Waschkau, and $500 from my friend Corey Waggoner.

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account: $ 185 (CREDIT UNION) + 138 (cash) = 323 total

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I'm supposed to have 1% of SparkLabs Foundry, Inc. (promised in writing)

I own two Arizona LLCs, neither of which have earned income, and both of which have a negative book value.

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I live at my mother's place that she owns and don't pay rent or utilities there.

I have a cell phone bill which traditionally has been about $100/month but has been more recently. I expect it to continue at an average of perhaps $ 125/month for the rest of the year.

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

My debts over $1,000 are as follows:

* $72,000 of principal to my mother (Marjatta Wescott) + interest
* $36,000 of principal to my sister (Nicole Wescott) + interest
* $85,000 of principal to my ex-girlfriend (Olga Africawala) + interest

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:     08/02/2022

*Applicant's signature*

Carl A. Wescott
*Printed name*



*Exhibit A*



This is my EBT/SNAP/food stamps card.

*C.A. Wescott*