RECEIVED

OCT 6 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

September 28th, 2022

Clerk of the Court, Clerk's office
United States District Court
District of Texas - Western District of California
Austin Courthouse
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re: *Wescott versus Russ, et al.*: **1:22-CV-00785 - LY**


Dear Clerk:

Thanks for your help filing/docketing my legal complaint, *Wescott versus Russ, et al.* in July.

Defendants filed a Motion to Dismiss in the case at bar on September 6th, served by Certified Mail on September 7th to my home in Scottsdale Arizona, but I've been gone from Arizona for about a month and therefore was not able to sign for it nor to receive it there.

Pursuant to an electronic service agreement Defendants' attorney Mr. Robert Castle served the Motion to Dismiss upon me on September 23rd, five (5) days ago.

As per other related documents served back on Defendants September 28th, 2022 (*Plaintiff's Opposition in Response to Defendants' Motion to Dismiss* and *Plaintiff's Rule 15(a)(1)(B) Amendment*, and the affidavit therein) I invoked my right to amend my complaint once within twenty-one (21) days of service of a Rule 12(b)(6) Motion.

I've separated the papers into two different envelopes, both using DocSmit as my third-party agent to serve upon the Court, so *Plaintiff's Opposition in Response to Defendants' Motion to Dismiss* and *Plaintiff's Rule 15(a)(1)(B) Amendment* are arriving via separate cover.

Just like the other two related documents, I certify under penalty of perjury that I have served the attached *PLAINTIFF'S AMENDED VERIFIED LEGAL COMPLAINT FOR BREACH OF CONTRACT; PROMISSORY FRAUD; NEGLIGENT MISREPRESENTATION; PROMISSORY ESTOPPEL; NEGLIGENCE; BREACH OF FIDUCIARY DUTY; UNJUST ENRICHMENT; & ABUSE OF PROCESS* upon Defendants pursuant to an electronic service agreement, by emailing the attached to Defendants' attorneys at Duane Morris LLP.

Would you kindly also file/docket the attached *Plaintiff's Amended Verified Legal Complaint?* I am filing under Fed. R. Civ. P. Rule 15(a)(1)(B), within a week of the September 23rd service of the Motion to Dismiss (well under the three (3) weeks' time to invoke my Rule 15(a)(1)(B) right).

Thank you! Sincerely,

*Carl A. Wescott* <signed>
Carl A. Wescott (carlwsoj@gmail.com)
8210 E. via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688

1



PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

# USPS PRIORITY MAIL®

564895X1X1XPRI
CARL A WESCOTT
8210 E Via de la Escuela
Scottsdale, AZ 85258

Clerk of the Court
United States District Court
501 W 5th St Ste 1100
Austin, TX 78701-3812

## USPS TRACKING # eVS



**9205 5901 5266 1900 1700 6728 09**

Sent using

**Docsmit**
www.docsmit.com

Priority Mail
Accepted:
10/1/22, 3:26 AM (EDT-04:00)

## Document Information:

70 pages in the enclosed document

70 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*