

RECEIVED

NOV 1 4 2022

November 8th, 2022

Clerk of the Court, Clerk's office
United States District Court
District of Texas - Western District of California
Austin Courthouse
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re: Wescott versus Russ, et al.: **1:22-CV-00785 - LY**

Dear Clerk:

Thanks for your help filing/docketing my legal complaint, Wescott versus Russ, et al. in July.

I certify under penalty of perjury that I have served the attached *PLAINTIFF'S* RESPONSE IN OPPOSITION TO *DEFENDANTS' MOTION TO DISMISS* upon Defendants pursuant to an electronic service agreement, by emailing the attached to Defendants' attorneys at Duane Morris LLP.

Would you kindly file/docket the attached *Plaintiff's* Response in Opposition to *Defendants' Motion to Dismiss?*

Thank you! Sincerely,

*Carl A. Wescott* <signed>

Carl A. Wescott (wescottcarl2022@gmail.com)
8210 E. via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688

575222X1X1XPRI
Carl Wescott
8210 e via de la escuela
scottsdale, AZ 85258

Sent using Docsmit www.docsmit.com

First Class
Accepted:
11/8/22, 5:42 PM (EST-05:00)

1**************************SNGLP 480

Clerk of the Court, Clerks office
Austin Courthouse
501 W 5th St Ste 1100
Austin, TX 78701-3812

**Document Information:**

24 pages in the enclosed document

24 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*

Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202

SCREENED BY CSO

NOV 14 2022