IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARL A. WESCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CV-00785-DII |
| | § | |
| WILLIAM RUSS; LAS OLAS; | § | |
| KELI RUSS; LAS OLAS ECUADOR, INC.; | § | |
| DAVID MAKSYMUIK; | § | |
| BOBBY CASTLE CONSTRUCTION; | § | |
| TEXAS FIXTURES AND INTERIORS, INC.; | § | |
| and VISTA PACIFICA, LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin M. Howell's report and recommendation concerning Defendants' Motion to Dismiss Plaintiff's Amended Verified Legal Complaint for Breach of Contract, Promissory Fraud, Negligent Misrepresentation, Promissory Estoppel, Negligence, Breach of Fiduciary Duty, Unjust Enrichment, and Abuse of Process and Brief in Support, (Dkt. 13). (R. & R., Dkt. 18). The Court dismissed Plaintiff Carl A. Wescott's claims with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on June 20, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE